FILED

MAR 05 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Raul MARISCAL-Lopez,<br><br><br><br><br>Defendant. | Magistrate Docket No.<br><br>**18MJ1015**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about March 4, 2018, within the Southern District of California, defendant Raul MARISCAL-Lopez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
David R. Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE
THIS 5th DAY OF March, 2018.

NITA L. STORMES
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Raul MARISCAL-Lopez**

## PROBABLE CAUSE STATEMENT

On March 4, 2018, Border Patrol Agent J. Valenzuela was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 10:10 PM, Remote Video Surveillance System operator Border Patrol Agent G. Costa notified agents that she observed five subjects heading north from an area commonly known to Border Patrol agents as "91X." Agent Valenzuela responded to the area and was guided by Agent Costa to the location of the subjects. After a brief search, Agent Valenzuela encountered five subjects lying down in the brush. This area is located approximately five miles west of the San Ysidro, California, Port of Entry and approximately 35 yards north of the United States/Mexico International Boundary. Agent Valenzuela approached the subjects, identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. All five subjects, including one later identified as the defendant Raul MARISCAL-Lopez, stated they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 10:20 PM, Agent Valenzuela place all five subjects, including MARISCAL, under arrest.

The defendant was advised of his Miranda rights. The defendant states that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 23, 2015 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.